O



FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 16-0536 JFW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. | |
| 1) RONALD R. HOMAN | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ✓ ) the appearance of defendant as required; and/or

(B) ( ✓ ) the safety of any person or the community.

//

//

The court concludes:

A.   ( ✓ )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_D's non-compliance, along_
_with criminal history, are concerning._

_____

_____

(B)   ( ✓ )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_See above._

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED:  January 5, 2018

HONORABLE JAY C. GANDHI
UNITED STATES  MAGISTRATE JUDGE

2